UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LUSINGER     PLAINTIFF

V.     No. 5:19CV00325-JM

DREW COUNTY DETENTION CENTER     DEFENDANT

## ORDER

Plaintiff Michael Lusinger has not complied with the October 18, 2019 Order directing him to file an amended complaint. *Doc. 4.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 18th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE