**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MICHAEL LUSINGER                                                         PLAINTIFF

V.                                    No. 5:19CV00325-JM

DREW COUNTY DETENTION CENTER                                        DEFENDANT

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 18th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE